Cite as 2021 Ark. 115

# SUPREME COURT OF ARKANSAS

IN RE BOARD OF CERTIFIED
COURT REPORTER EXAMINERS

**Opinion Delivered:** May 20, 2021

---

**PER CURIAM**

The court appoints Valarie Flora of Benton, Certified Court Reporter, to the Board of Certified Court Reporter Examiners for a three-year term to expire on May 31, 2024. The court extends its appreciation to Valarie for her willingness to serve on this important board.

The court expresses its gratitude to G. Michael Ashcraft of Warren, Certified Court Reporter, for his years of valuable service to this board.